IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00210-REB

UNITED STATES OF AMERICA,
        Plaintiff,
v.

MATTHEW DEWAYNE JARAMILLO,

        Defendant.

---

**DEFENDANT'S RESPONSE TO THE BUREAU OF PRISONS REQUEST FOR ADDITIONAL TIME**

---

COMES NOW the Defendant Matthew Dewayne Jaramillo, by and through his court-appointed counsel, Daniel T. Smith, and pursuant to this Court's order of June 25, 2012 at docket #57, submits his response to the Bureau of Prisons request for additional time within which to conduct a competency evaluation and submit a written report to the court. It is the Defendant's understanding that the Bureau of Prisons is requesting an additional twenty-nine days within which to conduct its competency evaluation and submit a report concerning that evaluation to the court pursuant to this courts order of June 5, 2012. With that understanding, the Defendant does not object to the requested additional time. While the warden's letter only denotes case number 04-cr-442-REB, the Defendant understands it also relates to 12-cr-210-REB.

        Respectfully submitted,

        /s Daniel T. Smith
        *Daniel T. Smith*
        1900 Grant Street, Suite 580
        Denver, Colorado 80203
        (303) 860-8100
        FAX: (303) 860-8018
        E-mail danieltsmith@qwestoffice.net
        Attorney for Matthew D. Jaramillo

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 2, 2012 I electronically filed the foregoing DEFENDANT'S RESPONSE TO THE BUREAU OF PRISONS REQUEST FOR ADDITIONAL TIME with the Clerk of Court using the CM/ECF system who will send notification of such filing to the following e-mail addresses:

James Michael Candelaria
James.M.Candelaria@usdoj.gov, melodee.horton@usdoj.gov, rachel.lundy@usdoj.gov, USACO.ECFCriminal@usdoj.gov

James R. Allison
james.allison2@usdoj.gov, USACO.ECFCriminal@usdoj.gov,Veronica.Ortiz@usdoj.gov


/s Sandra Rammage
*Sandra Rammage*