# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MATTHEW DEWAYNE JARAMILLO,

      Defendant.

## MINUTE ORDER[1]

      Due to a conflict arising on the court's calendar, the status conference set for August 10, 2012, at 9:00 a.m., is **VACATED** and is **RESET** to **8:30 a.m.** on August 10, 2012. The defendant's appearance for this hearing is waived.

      Dated:  July 24, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.