# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 1:12-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW DEWAYNE JARAMILLO,

    Defendant.

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS

**Blackburn, J.**

The matter is before the court on the **Government's Motion to Disclose Grand Jury Transcripts to the Defendant** [#36][1] filed August 9, 2012. After reviewing the motion, the record, and the applicable law, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion to Disclose Grand Jury Transcripts to the Defendant** [#36] filed August 9, 2012, is **GRANTED**; and

2. That pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, a copy of the transcripts of testimony given by a federal agent and lay witnesses before

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

the Grand Jury be provided to the Defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of counsel for the defendant.

Dated August 10, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge