**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MATTHEW DEWAYNE JARAMILLO,

    Defendant.

**ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

**Blackburn, J.**

This matter is before the Court on the **Defendant's Motion to Disclose Grand Jury Materials to Defendant** [#64][1], and the **Government's Motion to Modify [#37] Order on Motion to Disclose Grand Jury Material** [#65], both of which were filed December 20, 2012. After reviewing the motions, the record, the applicable law, and information provided by counsel to the Court at the motions hearing in this matter held December 20, 2012, I conclude that the government's motion [#65] should be granted, and that defendant's motion [#64] should be dismissed as moot.

**THEREFORE, IT IS ORDERED** as follows:

1.    That the **Government's Motion to Modify [#37] Order on Motion to Disclose Grand Jury Material** [#65] is **GRANTED**;

2.    That **Defendant's Motion to Disclose Grand Jury Materials to**

---

[1] "[#64] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CMECF). I use this convention throughout this order.

**Defendant** [#64] is **DENIED** as moot; and

      3.    That pursuant to Rule 6(e)(3)(E)(i) Federal Rules of Criminal Procedure, a copy of all transcripts of testimony given by a federal agent and lay witnesses before the Grand Jury be provided to the Defendant and his counsel on the condition that any copies of the transcript be retained in the personal custody or office of Counsel for the Defendant.

      Dated December 27, 2012, at Denver, Colorado.

                                     **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge