**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MATTHEW DEWAYNE JARAMILLO,

    Defendant.

## ORDER PRESCRIBING JURY SELECTION PROTOCOL

**Blackburn, J.**

    Attached is a **Jury Selection Protocol** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Jury Selection Protocol** shall be used by the court and the parties in the selection of the jury in the trial of this case.

    Dated May 6, 2013, at Denver, Colorado.

                                **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge