**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MATTHEW DEWAYNE JARAMILLO,

      Defendant.

_____

**JUDGMENT OF ACQUITTAL**
_____

**Blackburn, J.**

      THIS MATTER having come on regularly for trial on the 13th day of May, 2013, before the Court, the Honorable Robert E. Blackburn, United States District Judge, presiding, and a jury duly impaneled and sworn to try the issues herein; the trial having proceeded to conclusion and the jury having subsequently rendered its verdict of finding the defendant Not Guilty as to Count V of the Superseding Indictment. It is therefore

      ORDERED that the defendant is hereby acquitted as to Count V of the Superseding Indictment.

      DATED at Denver, Colorado, this 7th day of August, 2013

      **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge