### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Criminal Case No. 12-cr-00210-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MATTHEW DEWAYNE JARAMILLO,

    Defendant.

## ORDER ON REMAND

**Blackburn, J.**

On June 18, 2014, the United States Court of Appeals for the Tenth Circuit entered its **Order and Judgment**. *See* [#160].[1] Relevantly, the court stated:

> We therefore AFFIRM the district court's disposition of Defendant's "Motion to Vacate Sentence," which it construed as a motion to terminate his attorney-client relationship, and REMAND for the district court to vacate its ruling on the merits of Defendant's ineffective assistance of counsel claim so that he will not be prejudiced in a collateral proceeding, should he choose to initiate one. Furthermore, because Defendant does not appeal his sentence, his sentence is AFFIRMED.

*See* Order and Judgment [#160] at 4.

On July 10, 2014, United States Court of Appeals for the Tenth Circuit entered its mandate. *See* [#161]. This order is entered to effect the order of the appellate court on remand.

---

[1] "[#160]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that the order of this court entered August 7, 2013, ostensibly ruling on the defendant's claim of ineffective assistance of counsel is **VACATED**.

Dated July 17, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge